IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSENCE MATHIS, | No. C 10-01285 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| NELSON STAFFING, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>11/5/10</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>12/10/10</u>.

DESIGNATION OF EXPERTS: <u>2/22/11</u>; REBUTTAL: <u>3/11/11</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 25, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 7, 2011</u>;

Opp. Due <u>January 21, 2011</u>; Reply Due <u>January 28, 2011</u>;

and set for hearing no later than <u>February 11, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 19, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 2, 2011</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be    days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California