1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:   415/981-9788
   Facsimile:   415/981-9798
4  Email:       RogersRMR@aol.com

5  Attorneys for Plaintiff
   **ESSENCE MATHIS**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ESSENCE MATHIS, | ) | **Case No.:  C10-01285 SI [ECF]** |
|---|---|---|
| Plaintiff, | ) | Case filed:       03/26/10 |
| v. | ) | Case reassigned:  04/21/10 |
| | ) | Trial date:       05/02/11 |
| NELSON STAFFING, | ) | **STIPULATION TO DISMISSAL OF ACTION; ORDER** |
| Defendant. | ) | |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Dated: 11-18-10

Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: *[signature]*
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 11-23-10

LITTLER MENDELSON

By: *[signature]*
JOHN C. FISH, JR.
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: _____

By: *[signature]*

JUDGE OF THE U.S. DISTRICT COURT